IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BEST INSURORS, INC. and**
**GREEN TREE SERVICING, LLC.** **PLAINTIFFS**

**VS.** CIVIL ACTION NO. 1:16-cv-399-WHB-JCG

**BERNADETTE MARTINEZ** **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Opinion and Order of the Court by which Plaintiffs' Motion to Compel Arbitration was granted, this case is hereby dismissed with prejudice.

SO ORDERED this the 28th day of September, 2017.

                                              s/ William H. Barbour, Jr.
                                              UNITED STATES DISTRICT JUDGE